JS-6

FILED
CLERK, U.S. DISTRICT COURT

3/9/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILORAD OLIC, | Case No. SA CV 13-1194-MWF (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| WILLIAM KNIPP, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: March 9, 2016

_____
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE